1  HARVEY P. SACKETT

2  **SACKETT**
   **AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.

   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6

7  /jgl

8  Attorney for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13 | TY S. SWANSON,             | )  No.: 3:13-cv-05291 MEJ
   |                            | )
14 |         Plaintiff,         | )
   |                            | )
15 | v.                         | )  STIPULATION AND ORDER FOR
   |                            | )  DISMISSAL
16 | CAROLYN W. COLVIN,         | )
   | Acting Commissioner,       | )
17 | Social Security Administration, | )
   |                            | )
18 |         Defendant.         | )
19 |_____| )

20

21      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this

22  matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's

23  fees and costs.

24  ////

25  ///

26  //

27  /

28

STIPULATION AND ORDER FOR DISMISSAL

MELINDA L. HAAG  
United States Attorney

Dated: July 15, 2014                     /s/ _____  
                                         JEAN M. TURK  
                                         Special Assistant U.S. Attorney  
                                         Social Security Administration  
                                         Attorney for the Defendant

Dated:  July 15, 2014                    /s/ _____  
                                         HARVEY P. SACKETT  
                                         Attorney for Plaintiff  
                                         TY S. SWANSON

IT IS SO ORDERED.

Dated: July 16, 2014                     _____  
                                         HON. MARIA ELENA-JAMES  
                                         United States Magistrate Judge

STIPULATION AND ORDER FOR DISMISSAL